MARGARET BLACK, ADMX., *ETC.*, PLAINTIFF-PETITIONER, v. PUBLIC SERVICE ELECTRIC & GAS COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Blume & Kalb* and *Mr. Jac B. Weiseman* for the petitioner.

*Mr. Luke A. Kiernan, Jr.,* and *Mr. Herman H. Wille, Jr.* for the respondent.

September 15, 1969. Granted.

CLIFTON GRINDING CO., INC., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOHN McELROY, *ET AL.*, DEFENDANTS, AND ALEXANDER BRIANIK, DEFENDANT-PETITIONER.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the petitioner.

*Mr. Leo Brauer* and *Mr. Joseph V. Cullum* for the respondents.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RALPH COOLACK, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Victor Librizzi, Jr.* for the respondent.

September 15, 1969. Denied.